IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY PEOPLES, JR., H-63933,** | Case No. C 12-1281 CRB (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| **v.** | |
| **MATTHEW CATE, et al.,** | |
| Defendants. | |

Defendants S. Rodriguez, R. Mack, M. Cate, K. Munn, J. Cermeno, R. Carrasco, R. Mojica, and R. Machuca (Defendants) filed a request for extension of time of sixty days, up to and including July 8, 2013, in which to file a motion for summary judgment or other dispositive motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    The Court has read and considered Defendants' request and the accompanying declaration

2 of counsel, and finds good cause exists to grant the request.  Accordingly, Defendants' request for

3 an extension of time is GRANTED.  The time for Defendants to file a motion for summary

4 judgment or other dispositive motion is extended for sixty days, up to and including July 8, 2013.

5 Plaintiff's opposition to the dispositive motion shall be filed with this Court and served on

6 Defendants no later than twenty-eight days from the date the dispositive motion is filed.  A reply

7 brief shall be filed and served no later than fourteen days after Plaintiff's opposition is filed.

8

9    IT IS SO ORDERED.

10

11 Dated:  May 20, 2013



12                                                The Honorable                yer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2