IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY PEOPLES, JR., H-63933,**<br>Plaintiff,<br>**v.**<br>**MATTHEW CATE, et al.,**<br>Defendants. | Case No. C 12-1281 CRB (PR)<br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants S. Rodriguez, R. Mack, M. Cate, K. Munn, J. Cermeno, R. Carrasco, R. Mojica, and R. Machuca (Defendants) filed a request for extension of time of sixty days, up to and including July 8, 2013, in which to file a motion for summary judgment or other dispositive motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED. The time for Defendants to file a motion for summary judgment or other dispositive motion is extended for sixty days, up to and including July 8, 2013. Plaintiff's opposition to the dispositive motion shall be filed with this Court and served on Defendants no later than twenty-eight days from the date the dispositive motion is filed. A reply brief shall be filed and served no later than fourteen days after Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: May 20, 2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

The H... ...eyer

2

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C 12-1281 CRB (PR))