IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PEOPLES, JR., H-63933,<br><br>    Plaintiff(s),<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendant(s). | No. C 12-1281 CRB (PR)<br><br>ORDER REQUESTING RESPONSE TO MOTION TO VACATE DISMISSAL<br><br>(Dkt. #104) |

    Plaintiff has filed a "motion to vacate dismissal" and judgment entered in this matter on March 26, 2015. Defendants shall file a response to the motion by no later than June 5, 2015, and plaintiff may file a reply to defendants' response by no later than June 12, 2015.

SO ORDERED.

DATED: May 22, 2015

                                   CHARLES R. BREYER
                                   United States District Judge

G:\PRO-SE\CRB\CR.12\Peoples, T.12-1281.or1.wpd