1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

TIMOTHY PEOPLES,

Case No. 12-cv-01281-CRB   (NJV)

Plaintiff,

8
9

v.

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

10

RICHARD B. MACK,

Defendant.

11
12
13

A settlement conference was held on September 8, 2017, and the results of that proceeding

14

are indicated below:

15

(1)  The following individuals, parties, and/or representatives participated in the

16

proceeding, and each possessed the requisite settlement authority:

17

( X )  Plaintiff , Timothy Peoples, Pro Se Plaintiff.

18

(  )  Warden or warden's representative

19

( X )  Office of the California Attorney General, Elliott T. Seals, Deputy Attorney

20

General.

21

(  )  Other:

22

(2) The following individuals, parties, and/or representatives did not appear:

23

_____

24

(3)  The outcome of the proceeding was:

25

( X )  The case has been completely settled.

26

(  )  The case has been partially resolved and counsel for defendants shall file a joint

27

stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

28

attached remain for this Court to resolve.

1    ( ) The parties are unable to reach an agreement at this time.

2    **IT IS SO ORDERED.**

3    Dated: 9/22/2017



4    _____

     NANDOR J. VADAS
5    United States Magistrate Judge

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    TIMOTHY PEOPLES,                            Case No.  12-cv-01281-CRB   (NJV)

                    Plaintiff,
8
             v.                                  **CERTIFICATE OF SERVICE**
9

10   RICHARD B. MACK,

                    Defendant.
11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

13   District Court, Northern District of California.

14          That on September 22, 2017, I SERVED a true and correct copy(ies) of the attached, by

15   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

17   receptacle located in the Clerk's office.

18

19   Timothy  Peoples ID: H63933
     Centinela State Prison C3-138L
20   P.O. Box 921
     Imperial, CA 92251
21

22
     Dated: September 22, 2017
23

24                                               Susan Y. Soong
                                                 Clerk, United States District Court
25

26   By._____

27                                               Gloria Knudson, Deputy Clerk to the
                                                 Honorable NANDOR J. VADAS
28

3